Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI LUCY, an individual;<br><br>Plaintiff;<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-02067-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Lori Lucy ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 3, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 3, 2018

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nvlawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiff and Experian is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 4, 2018

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: January 3, 2018

*/s/ Caesy Morales*                              .
An Employee of the Law Office of Kevin L. Hernandez